|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Triborough Bridge and Tunnel Authority<br>By: Mariya Superfin<br>2 Broadway, 24 Fl.<br>New York, New York 10004<br>(646) 252-7603<br>Email: MSuperfi@mtabt.org | Case No.: 25-10403<br><br>Chapter: 13 |
| In Re:<br><br>Jeanina Jean-Louis | Adv. No.:<br><br>Hearing Date: 05/15/2025<br><br>Judge: Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, ____Mariya Superfin____ :

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☒ am the Sr.Mgr of Creditor, TBTA in this case ~~and am representing myself.~~

2. On ____April 23, 2025____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Certification In Opposition to Motion to Expunge Claim

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 04/23/2025                                         _____M Superfin_____
                                                                         Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeanina Jean-Louis<br>535 Riverside Drive<br>Elizabeth, NJ 07208 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Attorney General of New York<br>Department of Law<br>28 Liberty Street<br>New York, NY 10005 | Creditor/Notice | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nicholas Fitzgerald<br>Fitzgerald & Associates, P.C.<br>649 Newark Avenue<br>Jersey City, NJ 07306 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |